UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  8:06-cr-267-T-24MAP |
| | : | |
| MARCUS LAWTON GIBSON and | : | |
| ERIC LEONARD JACKSON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture for the following property:

$203,129.00 in United States currency.

1.      On September 20, 2006, the United States filed a Motion for Entry

of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Eric Leonard

Jackson's interest in the $203,129.00 in United States currency and 2003 Buick

Regal, identified in  Eric Leonard Jackson's plea agreement, pursuant to the

provisions of 21 U.S.C. §§ 853(a)(1) and (2).  (Doc. 48).

2.      On September 26, 2006, the Court granted the United States'

motion and entered the Preliminary Order of Forfeiture (Doc. 49), forfeiting to the

United States of America all right, title, and interest of defendant Eric Leonard

Jackson in the $203,129.00 in United States currency and 2003 Buick Regal.

3.      On October 5, 2006, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 51), forfeiting to the United States of America all right, title, and interest of defendant Marcus Lawton Gibson in the $203,129.00 in United States currency and 2003 Buick Regal.

4.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on November 13, 2006, November 20, 2006 and November 27, 2006.  (Doc. 68).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5.      On October 24, 2006, defendant Marcus Lawton Gibson was sentenced at a hearing before United States District Judge Susan C. Bucklew, and the forfeiture was included in the Judgment.  (Docs. 55 and 56).

6.      On November 30, 2006, defendant Eric Leonard Jackson was sentenced at a hearing before United States District Judge Susan C. Bucklew, and the forfeiture was included in the Judgment.  (Docs. 63 and 64).

7.      No persons or entities, other than the defendants Eric Leonard Jackson and Marcus Lawton Gibson, whose interests were forfeited to the United

States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraph 3 above, are known to have an interest in the subject property.  To date, no third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

8.      The Court finds that the subject property is the property of defendants Eric Leonard Jackson and Marcus Lawton Gibson.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

$203,129.00 in United States currency.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of December, 2006.


SUSAN C. BUCKLEW
United States District Judge

Copies to:   Tonya L. Shotwell,  AUSA
                   Attorney of Record

3