UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.         Case No. 8:06-cr-267-T-24MAP

MARCUS LAWTON GIBSON

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the 2003 Buick Regal, VIN No.: 2G4WB52K731199875.

1. On September 29, 2006, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Marcus Lawton Gibson's interest in the $203,129.00 in United States currency and 2003 Buick Regal, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2). (Doc. 50).

2. On October 5, 2006, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 51), forfeiting to the United States of America all right, title, and interest of defendant Marcus Lawton Gibson in the $203,129.00 in United States currency and 2003 Buick Regal.

3. Notice of the Preliminary Order of Forfeiture as to defendant Marcus Lawton Gibson was sent via certified mail, return receipt requested, to

the following third parties known to have alleged an interest in the asset found subject to forfeiture:

    a.    Sabrina Tucker, 98 Eastwyck Circle, Decatur, GA 30032, on October 6, 2006; envelope returned unclaimed;

    b.    Lonnie Hurst, 670 Kennedy Street, N.W., Apt. 3, Atlanta, GA 30318, on October 6, 2006; envelope returned with no forwarding address;

    c.    Lonnie Hurst, 1890 Myrtle Drive. S.W., Apt. 103, Atlanta, GA 30311, on December 21, 2006; green card signed and returned and envelope returned unclaimed;

    d.    Lonnie Hurst, 370 Holly Street, N.W. Apt. E2 on December 21, 2006; via U.S. Mail, envelope returned not deliverable as addressed; and

    e.    Lonnie Hurst, 1890 Myrtle Drive. S.W., Apt. 103, Atlanta, GA 30311, on January 18, 2007; via U.S. Mail, envelope not returned.

4.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on November 13, 2006, November 20, 2006 and November 27, 2006. (Doc. 68). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5. On October 24, 2006, defendant Marcus Lawton Gibson was sentenced at a hearing before United States District Judge Susan C. Bucklew, and the forfeiture was included in the Judgment. (Docs. 55 and 56).

6. No persons or entities, other than the defendant Marcus Lawton Gibson, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraph 3 above, are known to have an interest in the subject property. To date, no third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

7. The Court finds that the subject property is the property of defendant Marcus Lawton Gibson.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the 2003 Buick Regal, VIN No.: 2G4WB52K731199875 is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of March, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:   Tonya L. Shotwell, AUSA

Attorney of Record

4